IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NURY CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 1:19-cv-05065-LMM |
| | ) | |
| JAMSHID DOSMUKHAMEDOV, | ) | |
| TRUE-BLUE LOGISTICS, LLC and | ) | |
| UNITED SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE OF JAMES A. RICE, JR. AND ANDREW J. BRANDT

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.l(D)(l), of the United States District Court for the Northern District of Georgia, James A. Rice, Jr. and Andrew J. Brandt, of the law firm of James A. Rice, Jr., P.C., hereby enter their appearance as counsel of record for Plaintiff Nury Crawford, in the above styled case, and further requests service of all future papers filed in this action.

This 10th day of January, 2020.

                    **JAMES A. RICE, JR., P.C.**

                    */s/ James A. Rice, Jr.*
                    James A. Rice, Jr.
                    Georgia Bar No. 602811
                    Andrew J. Brandt
                    Georgia Bar No.: 962436
                    Attorneys for Plaintiff

**JAMES A. RICE, JR., P.C.**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 255-4448
Fax: (404) 842-7710
jim@ricefirm.com
andrew@ricefirm.com

# **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document was prepared using Times New Roman, 14-point, and otherwise conforms to the requirements of Local Rule 5.1.

                                                  Respectfully submitted,

                                                  **JAMES A. RICE, JR., P.C.**

                                                  */s/ James A. Rice, Jr.*
                                                  James A. Rice, Jr.
                                                  Georgia Bar No. 602811
                                                  Andrew J. Brandt
                                                  Georgia Bar No. 962436
                                                  Attorneys for Plaintiff

IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NURY CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| v. | ) | 1:19-cv-05065-LMM |
| | ) | |
| JAMSHID DOSMUKHAMEDOV, | ) | |
| TRUE-BLUE LOGISTICS, LLC and | ) | |
| UNITED SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record in this action to the following attorneys of record:

Raymond J. Kurey, Esq.
McMickle, Kurey & Branch, LLP
217 Roswell Street
Suite 200
Alpharetta, GA  30009

**JAMES A. RICE, JR., P.C.**

*/s/ James A. Rice, Jr.*
James A. Rice, Jr.
Georgia Bar No. 602811
Andrew J. Brandt
Georgia Bar No.: 962436
Attorneys for Plaintiff

**JAMES A. RICE, JR., P.C.**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 255-4448
Fax: (404) 842-7710
jim@ricefirm.com
andrew@ricefirm.com